UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-60665
Summary Calendar
_____


ALBERT JAMES WATTS,

                                    Plaintiff-Appellant,

                    versus

BILLY RAY EVANS,

                                    Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
(4:95-CV-14LN)
_____

April 11, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Albert James Watts, a Mississippi state prisoner, appeals the
district court's grant of summary judgment in favor of Sheriff
Evans in this civil rights suit in which Watts alleged an Eighth
Amendment excessive force claim.  42 U.S.C. § 1983.  We affirm for
the following reasons.

     Watts failed to rebut with any competent summary judgment
proof Evans' showing that there was no material issue of fact

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

regarding Watts' having "some injury." See Rankin v. Klevenhagen, 5 F.3d 103, 108 (5th Cir. 1993). Further, we do not consider Watts' claim that he suffers emotional problems because he raises it for the first time on appeal. Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir. 1991).

AFFIRMED.